# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0323
_____

CHRISTOPHER SMITH,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


July 16, 2025


PER CURIAM.

The Court dismisses the petition alleging ineffective assistance of appellate counsel as impermissibly successive. *See* Fla. R. App. P. 9.141(d)(6)(C).

BILBREY, KELSEY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Christopher Smith, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.